# MEMO ENDORSED

 Metro-North Railroad

August 12, 2020

**Via ECF filing**

Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:  Manoucheka Francois v. Metro-North Railroad
     File No.: 20-CV-4439 (ALC) (KHP)



**APPLICATION GRANTED:** The telephonic Initial Case Management Conference scheduled for Wednesday, August 19, 2020 at 11:45 a.m. is hereby adjourned to **Tuesday, October 6, 2020 at 10:30 a.m.** Counsel is directed to call Judge Parker's teleconference line at the scheduled time. **Please dial (866) 434-5269, Access Code: 4858267.**

APPLICATION GRANTED
*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
08/12/2020

Dear Honorable Magistrate Judge Parker:

This letter is in response to the Court's directive scheduling an Initial Case Management Conference on August 19, 2020.  This is the first time that parties are seeking an adjournment of a conference in this matter.

Both parties sincerely request an adjournment of the August 19, 2020 conference to another mutually convenient date for both parties due to the fact that the Defendant has recently commenced a Third-Party action against Hudson Valley Transportation and Michael T. Cellante. Defendant has properly served both Hudson Valley Transportation and Michael T. Cellante with the Third-Party Complaint.  However, neither parties have yet to appear in the action and file their complaints.  It will be beneficial for both parties and the Court to adjourn the conference for at least forty-five days providing the Third-Party Defendants sufficient time to appear in this action.

Parties have communicated with each other and request this Court to adjourn the conference to either September 28 or 30, 2020. We look forward to hearing from the Court concerning this request.

Both parties thank you for your courtesies in this matter.

Yours truly,

*Alan Muraidekh*

Alan Muraidekh
Senior Associate Counsel
(212) 340-2203

cc: Sean Constable, Esq. via ECF