UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MANOUCHEKA FRANCOIS,

                                  Plaintiff,

               -against-

METRO-MORTH COMMUTER RAILROAD,

                                  Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2020

20-CV-4439 (ALC) (KHP)

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A case management conference in this case is hereby scheduled for **January 12, 2021 at 2:00 p.m.** Counsel for the parties are directed to call the Court's conference line on the scheduled date and at the scheduled time. **Please dial (866) 434-5269, access code 4858267.**

      SO ORDERED.

DATED:     New York, New York
               November 9, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge