```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

MANOUCHEKA FRANCOIS,

                                    Plaintiff,                              **20-CV-4439 (ALC) (KHP)**

                    -against-                                          **ORDER SCHEDULING SETTLEMENT**
                                                                                          **CONFERENCE**

METRO-MORTH COMMUTER RAILROAD,

                                    Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        A settlement conference in this matter utilizing Microsoft Teams is scheduled for

**Thursday, June 3, 2021 at 2:00 p.m.**  Counsel for the parties will be sent an invitation by Judge

Parker's chambers prior to the scheduled conference date.  Corporate parties must send the

person with decision making authority to settle the matter to the conference.  The parties are

instructed to complete the Settlement Conference Summary Report and prepare pre-

conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-

conference submissions must be received by the Court no later than **May 27, 2021 by 5:00 p.m.**

        **SO ORDERED.**

DATED:        New York, New York
              March 16, 2021

                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge