| | | |
|---|---|---|
| DANIEL E. RYAN III* | **RYAN RYAN DELUCA LLP** | MACIEJ A. PIATKOWSKI* |
| MICHAEL T. RYAN* | **ATTORNEYS AT LAW** | MICHAEL C. BARBARULA* |
| ROBERT C.E. LANEY* | | MEREDITH C. LANDER |
| ROBERT O. HICKEY* | 1000 LAFAYETTE BLVD, SUITE 800 | RAYMOND J. CARTA* |
| JAMES J. NOONAN | | IRENE J. KIM |
| JOHN F. COSTA | BRIDGEPORT, CT 06604 | KURT J. YOUNG JR.*° |
| JAMES A. MAHAR | | KAREN L. ALLISON* |
| BECK S. FINEMAN | TELEPHONE: (203) 549-6650 | RYAN T. DALY* |
| JOHN W. CANNAVINO JR.* | | JULIA K. STEERE* |
| MICHAEL R. YOUNG* | FAX: (203) 549-6655 | AMANDA C. STEFANATOS* |
| CLAIRE E. RYAN♦ | | VICTORIA K. WUNDER* |
| LIAM M. WEST* | | AMANDA T. HEFFERNAN*▫ |
| JONATHAN C. ZELLNER* | www.ryandelucalaw.com | JENNA T. CUTLER* |
| | | KILEIGH L. NASSAU* |

COUNSEL
PAMELA D. MILLER*▫

\* NOT ADMITTED IN NEW YORK
O ALSO ADMITTED IN MASSACHUSETTS
♦ ALSO ADMITTED IN DISTRICT OF COLUMBIA
Δ NOT ADMITTED IN CONNECTICUT
▫ ALSO ADMITTED IN MARYLAND

**Stamford Address:**
707 Summer Street
Stamford, CT 06901
Phone: (203) 357-9200
Fax: (203) 357-7915

**New York Address:**
45 Knollwood Road, Suite 301
Elmsford, NY 10523
Phone: (888) 656-9334
Fax: (888) 656-9335

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/14/2021

September 13, 2021

**MEMO ENDORSED**

<u>VIA ECF</u>

Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   <u>Manoucheka Francois v. Metro-North Commuter Railroad</u>
      Docket No.: 1:20-CV-04439-ALC-KHP

Dear Magistrate Judge Parker:

We represent the Defendant/Third-Party Plaintiff Metro-North Commuter Railroad Company ("Metro-North") in the above-referenced action and write to request an adjournment of the settlement conference currently scheduled for September 22, 2021. According to Your Honor's Individual Practices in Civil Cases, the plaintiff was required to provide the defendants with a settlement demand no later than September 8, 2021. To date, the defendants have not received a demand. Plaintiff's counsel has represented that he has been unable to provide a demand to a family emergency. Without a demand, the defendants have been unable to determine an appropriate offer. The parties believe that a settlement conference will be more productive if they are given additional time to exchange an initial demand and offer, as well as continue their efforts to narrow the issues truly in dispute.

Accordingly, the Defendant/Third-Party Plaintiff Metro-North respectfully requests that the September 22, 2021 settlement conference be adjourned and a telephonic conference with all parties be conducted to choose a new date.

All parties consent to the requested adjournment.

**RYAN RYAN DELUCA LLP**

September 13, 2021
Page 2

                                        Very truly yours,

                                        */s/ Beck S. Fineman*

                                        Beck S. Fineman, Esq.
                                        bsfineman@ryandelucalaw.com

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, September 22, 2021 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Wednesday, November 3, 2021 at 2:00 p.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. <u>Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.</u> The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>October 27, 2021 by 5:00 p.m.</u>

APPLICATION GRANTED

*[Signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

**09/14/2021**