**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___Nov. 12, 2021___

Manoucheka Francois,

                                    Plaintiff,

        -against-

Metro-North Commuter Railroad,

                                    Defendant.

**20-CV-4439-ALC-KHP**

**ORDER REQUESTING**
**STATUS REPORT**

**ANDREW L. CARTER, JR., United States District Judge:**

It appears that the parties were unable to settle this dispute before Judge Katharine H. Parker during the settlement conference held on November 3, 2021. Accordingly, the parties are hereby **ORDERED** to file a joint status report on how they would like to proceed with this case on or before **November 19, 2021**.

**SO ORDERED.**

**Dated**:  Nov. 12, 2021
            New York, New York

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**