UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Manoucheka Francois,                              :
                                                  :
                      Plaintiff,    :     1:20-cv-04439 (ALC) (KHP)
                                                  :
      -against-                           :     **ORDER TO RESPOND**
                                                  :
Metro-North Commuter Railroad,                    :
                                                  :
                    Defendants.   :
                                                  :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 22, 2021

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendant Metro-North Commuter Railroad's pre-motion conference letter dated October 28, 2021 in connection with its anticipated motion for summary judgment. ECF No. 45. To date, it appears that Plaintiff has not responded to or otherwise opposed Defendant's pre-motion conference request. Accordingly, Plaintiff is hereby **ORDERED TO RESPOND** in writing to Defendant's pre-motion letter on or before **November 24, 2021**. **Failure to timely respond will result in the letter motion being treated as unopposed.**

**SO ORDERED.**

**Dated:** Nov. 22, 2021
**New York, New York**

                                        */s/ Andrew L. Carter, Jr.*
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**