```
UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
------------------------------------------------------------------
Manoucheka Francois,                                       x
                                                           :
                        Plaintiff,                         :
                                                           :
                                                           :
        --against--                                        :
                                                           :
Metro-North Commuter Railroad,                             :
                                                           :
                        Defendant.                         :
                                                           :
------------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Dec. 29, 2021

1:20-CV-4439-ALC-KHP

**ORDER DENYING PRE-MOTION CONFERENCE REQUEST**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendant's pre-motion conference letter in connection with its anticipated summary judgment motion and Plaintiff's response. ECF Nos. 49, 51. Upon review of the submissions, Defendant's request for a pre-motion conference is hereby **DENIED**. However, leave to file the summary judgment motion is hereby **GRANTED.** The Parties are directed to confer and submit a joint status report proposing a briefing schedule no later than **January 6, 2022**. The status report shall also include an update on whether Third-Party Defendant Hudson Valley Transportation intends to move for summary judgment on the third party complaint.

**SO ORDERED.**

**Dated:** Dec. 29, 2021
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**