**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MANOUCHEKA FRANCOIS,

                Plaintiff,

-against-                              20 **CIVIL** 4439 (ALC)(KHP)

                                  **<u>JUDGMENT</u>**

METRO-NORTH COMMUTER RAILROAD
COMPANY,

                Defendant/Third Party Plaintiff,

-against-

HUDSON VALLEY TRANSPORTATION
AND MICHAEL CELLANTE,

                Third Party Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 30, 2023, summary judgment is entered for defendant Metro-North; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2023

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                          **BY:**      *K. Mango*

                                                           **Deputy Clerk**